No. 65180.—Porter Pipe & Supply Co., Inc. v. United States, protests 59/29004(B) and 59/29036 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *General Twine Corp.* v. *United States* (42 Cust. Ct. 121, C.D. 2075), the claim of the plaintiff was sustained.

No. 65181.—Marco Brush Co., Inc. v. United States, protest 308705-K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc.*, and *Wood Niebuhr & Co.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 65182.—Wear Ever Baby Carriage Co., Inc., and Bilt Rite Baby Carriage Co., Inc. v. United States, protests 60/33 and 59/20400 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of ribbons similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), except that the merchandise herein is velvet pile ribbon, wholly or in chief value of cotton, the claim of the plaintiffs was sustained.